**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**WESTERN DIVISION**

CASE NAME: 905 Cesar Chavez, LLC  PETITION DATE: November 4, 2019

CASE NUMBER: 19-11528-TMD

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH   AUGUST   YEAR   2020

| MONTH | Cumulative to March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 | Filing to Date |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | (8,849.50) | (2,621.50) | (2,621.50) | (2,621.50) | (2,946.50) | (2,621.50) | (22,282.00) |
| NET INCOME (LOSS) (MOR-6) | (8,849.50) | (2,621.50) | (2,621.50) | (2,621.50) | (2,946.50) | (2,621.50) | (22,282.00) |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 30,752.53 | 650.00 | 0.00 | 0.00 | 325.00 | 0.00 | 31,727.53 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

**REQUIRED INSURANCE MAINTAINED**
**AS OF SIGNATURE DATE\***  EXP. DATE

| | YES | NO | EXP. DATE |
|---|---|---|---|
| CASUALTY | ☐ | ☑ | |
| LIABILITY | ☑ | ☐ | 05/31/21 |
| VEHICLE | ☑ | ☐ | 05/31/21 |
| WORKER'S | ☐ | ☑ | |
| OTHER - Umbrella | ☑ | ☐ | 05/31/21 |

**CHECK ONE**

| | Yes | No |
|---|---|---|
| Are all accounts receivable being collected within terms? | ☑ | ☐ |
| Are all post-petition liabilities, including taxes, being paid within terms? | ☑ | ☐ |
| Have all tax returns and other required government filings been timely paid? | ☑ | ☐ |
| Have any pre-petition liabilities been paid? | ☑ | ☐ |

If so, describe   2019 Ad Valorem taxes

| | Yes | No |
|---|---|---|
| Are all funds received being deposited into Debtor in Possession bank accounts? | ☑ | ☐ |
| Were any assets disposed of outside the normal course of business? | ☐ | ☑ |

If so, describe

Are all U.S. Trustee Quarterly Fee Payments current?  ☑ Yes  ☐ No

What is the status of your Plan of Reorganization?  *Plan has been filed and is currently pending.*

ATTORNEY NAME: Morris D. Weiss
FIRM NAME: Waller Lansden Dortch & Davis LLP
ADDRESS: 100 Congress Ave., 18th Floor
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512-685-6400/512-685-6417
morris.weiss@wallerlaw.com

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_  TITLE: President of Manager of Debtor
(ORIGINAL SIGNATURE)

Natin Paul
(PRINT NAME OF SIGNATORY)

MOR-1

| CASE NAME: | 905 Cesar Chavez, LLC | | | | CASE NUMBER: | 19-11528-TMD | |

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 11/4/2019 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 0.00 | 0.00 | 274.87 | 274.87 | 274.87 | 274.87 |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other - Retainer Waller Lansden | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Other - Escrow - Insurance & Property Taxes (1) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 25,000.00 | 25,000.00 | 25,000.00 | 25,274.87 | 25,274.87 | 25,274.87 | 25,274.87 |
| PROPERTY, PLANT & EQUIP. @ COST | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 | 1,474,421.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $1,499,421.00 | $1,499,421.00 | $1,499,421.00 | $1,499,695.87 | $1,499,695.87 | $1,499,695.87 | $1,499,695.87 |

**MOR-2**          * Per Schedules and Statement of Financial Affairs                    *Revised 11/08/05*

(1) See Endnote titled "Escrow Deposit"

**CASE NAME:** 905 Cesar Chavez, LLC     **CASE NUMBER:** 19-11528-TMD

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* AMENDED 11/4/2019 | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 8,524.50 | 10,496.00 | 13,117.50 | 15,739.00 | 18,360.50 | 20,982.00 |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured (see note) | 18,575,000.00 | 18,575,000.00 | 18,575,000.00 | 18,575,000.00 | 18,575,000.00 | 18,575,000.00 | 18,575,000.00 |
| Secured Debt | 30,427.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 76,152.62 | 76,152.62 | 76,152.62 | 76,152.62 | 76,152.62 | 76,152.62 | 76,152.62 |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 18,681,580.15 | 18,651,152.62 | 18,651,152.62 | 18,651,152.62 | 18,651,152.62 | 18,651,152.62 | 18,651,152.62 |
| **TOTAL LIABILITIES** | 18,681,580.15 | 18,659,677.12 | 18,661,648.62 | 18,664,270.12 | 18,666,891.62 | 18,669,513.12 | 18,672,134.62 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | 11,834.60 | 12,484.60 | 12,759.47 | 12,759.47 | 13,084.47 | 13,084.47 |
| RETAINED EARNINGS: Filing Date | (17,182,159.15) | (17,163,241.22) | (17,163,241.22) | (17,163,241.22) | (17,163,241.22) | (17,163,241.22) | (17,163,241.22) |
| RETAINED EARNINGS: Post Filing Date | | (8,849.50) | (11,471.00) | (14,092.50) | (16,714.00) | (19,660.50) | (22,282.00) |
| TOTAL OWNER'S EQUITY (NET WORTH) | (17,182,159.15) | (17,160,256.12) | (17,162,227.62) | (17,164,574.25) | (17,167,195.75) | (17,169,817.25) | (17,172,438.75) |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $1,499,421.00 | $1,499,421.00 | $1,499,421.00 | $1,499,695.87 | $1,499,695.87 | $1,499,695.87 | $1,499,695.87 |

**MOR-3**     * Per Schedules and Statement of Financial Affairs     *Revised 11/08/05*

**CASE NAME:** 905 Cesar Chavez, LLC

**CASE NUMBER:** 19-11528-TMD

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | TOTAL |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 40.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 90.00 |
| TAX PAYABLE |  |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |  |
|   Ad Valorem Taxes | 7,834.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 20,892.00 |
|   Other Taxes |  |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 7,834.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 20,892.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ACCRUED LIABILITIES TO INSIDERS |  |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $7,874.50 | $2,621.50 | $2,621.50 | $2,621.50 | $2,621.50 | $2,621.50 | $20,982.00 |

*Payment requires Court Approval

MOR-4

*Revised 11/08/05*

CASE NAME:  905 Cesar Chavez, LLC                        CASE NUMBER: 19-11528-TMD

### AGING OF POST-PETITION LIABILITIES
**MONTH: AUGUST 2020**

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 20,902.00 | 10.00 | | | 20,892.00 | |
| 31-60 | 10.00 | 10.00 | | | | |
| 61-90 | 10.00 | 10.00 | | | | |
| 91+ | 60.00 | 60.00 | | | | |
| TOTAL | $20,982.00 | $90.00 | $0.00 | $0.00 | $20,892.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                                       *Revised 11/08/05*

CASE NAME: 905 Cesar Chavez, LLC  CASE NUMBER: 19-11528-TMD

## STATEMENT OF INCOME/(LOSS)

| | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 90.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees (1) | | | | | | | 0.00 |
| Other-US Trustee Fees | 650.00 | | | | 325.00 | | 1,300.00 |
| Other-Ad Valorem Taxes | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 2,611.50 | 20,892.00 |
| **TOTAL OPERATING EXPENSES** | 3,271.50 | 2,621.50 | 2,621.50 | 2,621.50 | 2,946.50 | 2,621.50 | 22,282.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | (3,271.50) | (2,621.50) | (2,621.50) | (2,621.50) | (2,946.50) | (2,621.50) | (22,282.00) |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | (3,271.50) | (2,621.50) | (2,621.50) | (2,621.50) | (2,946.50) | (2,621.50) | (22,282.00) |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($3,271.50) | ($2,621.50) | ($2,621.50) | ($2,621.50) | ($2,946.50) | ($2,621.50) | ($22,282.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**Note 1 - See Endnote titled "Professional Fees".**

**MOR-6**  Revised 11/08/05

| CASE NAME: | 905 Cesar Chavez, LLC | | CASE NUMBER: | 19-11528-TMD | | | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $274.87 | $274.87 | $274.87 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) (see note) | | 650.00 | 274.87 | 0.00 | 325.00 | 0.00 | 32,002.40 |
| TOTAL RECEIPTS** | 0.00 | 650.00 | 274.87 | 0.00 | 325.00 | 0.00 | 32,002.40 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES (see note) | | | | | | | 30,427.53 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | | | | | | | 0.00 |
| 19. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,427.53 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | 650.00 | | | 325.00 | | 1,300.00 |
| 21. OTHER REORGANIZATION EXPENSES | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 650.00 | 0.00 | 0.00 | 325.00 | 0.00 | 31,727.53 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 274.87 | 0.00 | 0.00 | 0.00 | 274.87 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $274.87 | $274.87 | $274.87 | $274.87 | $274.87 |

* Applies to Individual debtors only

**Numbers for the current month should balance (match)

**MOR-7**

*Revised 11/08/05*

**CASE NAME:** 905 Cesar Chavez, LLC      **CASE NUMBER:** 19-11528-TMD

| SUPPLEMENTAL SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **OTHER RECEIPTS (MOR7):** | | | | | | | |
| World Class Holding-Capital Contribution | | 650.00 | 274.87 | | 325.00 | | 13,084.47 |
| Transfer from Tax & Insurance Escrow (see note) | | | | | | | 18,917.93 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **TOTAL OTHER RECEIPTS** | 0.00 | 650.00 | 274.87 | 0.00 | 325.00 | 0.00 | 32,002.40 |
| | | | | | | | |
| **OTHER DISBURSEMENTS (MOR 7):** | | | | | | | |
| | | | | | | | 0.00 |
| | | | | | | | |
| **TOTAL OTHER DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER REORGANIZATION EXPENSES | | | | | | | 0.00 |
| Trustee Bond | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS****  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**SUPP MOR-7**                                                      *Revised 11/08/05*

| CASE NAME: | 905 Cesar Chavez, LLC | | | CASE NUMBER: | 19-11528-TMD |

# CASH ACCOUNT RECONCILIATION
## MONTH OF: August 2020

| BANK NAME | Mechanics Bank | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 0366 | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | $274.87 | | | | $274.87 |
| DEPOSITS IN TRANSIT | | | | | 0.00 |
| OUTSTANDING CHECKS | | | | | 0.00 |
| ADJUSTED BANK BALANCE | $274.87 | $0.00 | $0.00 | $0.00 | $274.87 |
| BEGINNING CASH - PER BOOKS | $274.87 | | | | $274.87 |
| RECEIPTS* | | | | | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL) CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 0.00 |
| ENDING CASH - PER BOOKS | $274.87 | $0.00 | $0.00 | $0.00 | $274.87 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

CASE NAME: 905 Cesar Chavez, LLC      CASE NUMBER: 19-11528-TMD

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | Accrued/Not Paid as of 08/31/20 |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS * (see note) | MONTH March 2020 | MONTH April 2020 | MONTH May 2020 | MONTH June 2020 | MONTH July 2020 | MONTH August 2020 | Accrued/Not Paid as of 08/31/20 |
|---|---|---|---|---|---|---|---|
| 1. Waller Lansden Dortch & Davis LLP | | | | | | | 0.00 |
| 2. Lain Faulkner & Co., P.C. | | | | | | | 0.00 |
| 3. | | | | | | | 0.00 |
| 4. | | | | | | | 0.00 |
| 5. | | | | | | | 0.00 |
| 6. | | | | | | | 0.00 |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9    * All professional fees are subject to court approval. See Endnote titled "Professional Fees".

*Revised 11/08/05*

| CASE NAME: | 905 Cesar Chavez, LLC | CASE NUMBER: | 19-11528-TMD |
|---|---|---|---|

## Endnotes

**General** — On November 4, 2019 (the "Petition Date"), 5th and Red River, LLC, Case No. 19-11529, 900 Cesar Chavez, LLC, Case No. 19-11527, 905 Cesar Chavez, LLC, Case No.19-11528, and 7400 South Congress, LLC, Case No. 19-11530 (each a "Debtor," collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On November 13, 2019, the Bankruptcy Court entered an *Order Granting Motion for Joint Administration* directing the procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 6].

**Secured Debt** — It should be noted that the Debtors are jointly and severally liable and collectively owe one debt to its lender, U.S. Real Estate Credit Holdings III-A, LP, in the approximate amount of $18.5MM. Each Debtor reflects the full amount of the referenced debt, but it is only one obligation. Nothing herein is intended or should be construed to concede that ATX Lender 5, LLC is the current holder of the secured debt.

**Professional Fees** — Due to the joint administration of the Debtors cases, all professional fees have been reported on the Monthly Operating Report of 900 Cesar Chavez, LLC.

**Escrow Deposit** — The lender was holding escrowed funds for the Debtors but had not allocated those funds amongst the Debtors. Therefore, prior to January 2020, the amount represented as "Other - Escrow - Insurance & Property Taxes" had been allocated pro-rata based on the percentage of total taxes due for this Debtor, to the total taxes due for all Debtors. In January 2020, the tax escrow held by the lender was paid to the taxing authority. As a result, the 2019 ad valorem taxes have been paid in full.

**Total Disbursements** — Total disbursements on MOR-1 include amounts paid to the taxing authority for 2019 ad valorem taxes either from escrowed funds held by the secured lender or capital contributions by World Class Holding. The amounts paid directly to the taxing authority are not on the Bank Reconciliation (MOR-8).